UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) MISC. No.06-00380(JR) ) |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, | ) ) ) ) |
| Defendants. | ) ) |

ORDER

Upon consideration of the Federal Drug Administration's motion to extend the time to file a response to Defendant Moore's motion to compel responses to subpoenas, the opposition and reply thereto, and for good cause shown, it is this __24th__ day of __August__, 2006

ORDERED, that said motion is granted. The Federal Drug Administration has to and including September 18, 2005, to respond to Defendant Moore's motion to compel.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530

Steven J. Crimmins, Esq.
John J. Dempsey, Esq.
Bingham McCutchen LLP
1120 20th Street, NW
Suite 800
Washington, DC 20036

Robert A. Buhlman, Esq.
Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston MA 02110

Boby Roy Burchfied
McDermott Will & Emery LLP
600 13th St., N.W.
Washington, D.C. 2005

Edward P. Leibensperger, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Ian D. Roffman, Esq.
United States Securities and Exchange Commission
Boston District Office
73 Tremont Street, 6th Floor
Boston, MA 02108