ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE        )
  COMMISSION,                  )
                            )
      Plaintiff,               )
                            )
     v.                         )        MISC. No.06-00380(JR)
                            )
BIOPURE CORPORATION, THOMAS    )
MOORE, HOWARD RICHMAN, and     )
JANE KOBER,                    )
                            )
      Defendants.              )
_____)

**NON-PARTY UNITED STATES FOOD AND DRUG ADMINISTRATION'S
SECOND MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT THOMAS
MOORE'S MOTION TO COMPEL RESPONSES TO SUBPOENAS**

      The U.S. Food and Drug Administration ("FDA") moves this Court for a second

extension of time, to and including October 3, 2006, to respond to defendant Thomas Moore's

motion to compel responses to his subpoena in connection with the above-captioned case. The

FDA's response is presently due on September 18, 2006. Undersigned counsel has attempted to

confer with counsel for Mr. Moore, who was unavailable. It is anticipated, however, that this

motion will be opposed. As more fully set forth below, the FDA is compelled to request

additional time to respond to Mr. Moore's motion.

      Thomas Moore, defendant in <u>Securities and Exchange Commission v. Biopure, et al.</u>, No.

05-11853-PBS (D.D.C. Mass.), has issued subpoenas to the FDA, for documents and depositions

in connection with the above-captioned litigation in the District Court in Massachusetts. After

the D.C. Circuit's ruling in <u>Yousuf v. Samantar</u>, 451 F.3d 248 (D.C. Cir. June 16, 2006),

holding, *inter alia,* that a government agency is a person for the purposes of Fed. R. Civ. P. 45,

the FDA attempted in good faith to work out a schedule with defendant Moore for production of

**RECEIVED**

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

nonexempt documents and depositions. Because the FDA was unable to offer a schedule for production of documents that satisfied defendant Moore, he moved this Court to compel responses. On August 21, 2006, the FDA moved for an extension of time, to and including September 18, 2006, to respond to defendant Moore's motion to compel inasmuch as it was attempting to provide the nonexempt documents and to establish a schedule for the depositions of the four FDA employees subpoenaed. That motion was granted on August 25, 2006. R. 4.

FDA continues to work diligently to satisfy defendant Moore's request for documents and testimony, and has accomplished a great deal since defendant Moore filed his motion to compel:

1.    On August 18, 2006, in response to a July 28 letter from defendant Moore to FDA and the Department of Justice, FDA produced approximately 170 pages that supplemented a June 28, 2006, release of approximately 400 pages. These documents were provided to SEC, which thereafter released them to counsel for defendant Moore after they were reviewed by Biopure pursuant to an agreement between Biopure and Moore.

2.    On August 21, 2006, FDA notified counsel for defendant Moore that FDA had approved his request to take the depositions of four FDA employees. The dates for these depositions are currently being finalized and, consistent with counsel for defendant Moore's proposals, several dates in October have been tentatively set for these depositions.

3.    On September 15, 2006, FDA provided counsel for defendant Moore with 200 pages that were responsive to his request for documents concerning the policy of inter-agency cooperation between FDA and SEC. FDA's letter to defendant Moore noted that in addition to the pages being provided directly to Moore, FDA had also sent SEC 581 pages that

supplemented FDA's previous releases and responded to defendant Moore's request for communications between FDA and SEC concerning the defendants. As with other documents, these will be provided to defendant Moore after pre-disclosure review by Biopure Corp.

4.    FDA also informed defendant Moore that approximately 175 additional pages had recently been identified by FDA and FDA was expediting its review so that they could be provided to defendant Moore as soon as possible. FDA representatives are currently reviewing these additional pages, and the documents should be ready for distribution to SEC in the near future.

5.    To the extent any documents were provided to SEC or defendant Moore in redacted form, FDA is finalizing a log of such redactions and it expects to be able to provide that log to Moore by October 3, 2006.

It should also be noted that defendant Moore will have approximately two weeks after the document production before the first of the four deposition commences.

For the foregoing reasons, the FDA moves for a second enlargement of time, to and including October 3, 2006, to respond to defendant Moore's motion to compel.

Accordingly, the FDA moves for an extension of time to respond to defendant Moore's motion to compel, to and including October 3, 2006. After defendant Moore reviews the documents, the FDA is hopeful that there will be no need to continue this litigation.

A proposed order is attached.

Respectfully submitted,

_Kenneth L. Wainstein/dsh_

KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

I certify that the accompanying motion to extend time to respond to defendant Moore's motion to compel was served upon the following by mail, addressed to:

Steven J. Crimmins, Esq.
John J. Dempsey, Esq.
Bingham McCutchen LLP
1120 20th Street, NW
Suite 800
Washington, DC 20036

Robert A. Buhlman, Esq.
Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston MA 02110

Boby Roy Burchfied
McDermott Will & Emery LLP
600 13th St., N.W.
Washington, D.C. 2005

Edward P. Leibensperger, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Ian D. Roffman, Esq.
United States Securities and Exchange Commission
Boston District Office
73 Tremont Street, 6th Floor
Boston, MA 02108

5

on this 18th day of September, 2006.

CLAIRE WHITAKER, D.C. BAR # 354530
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7137