EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITY AND EXCHANGE COMMISSION, )
)
    Plaintiff, )
) MISC. No. 06-00380(JR)
v. )
)
BIOPURE CORPORATION, THOMAS MOORE, )
HOWARD RICHMAN, and JANE KOBER, )
)
    Defendants. )
_____)

## DECLARATION OF ANNE SMITH

I, Anne Smith, declare as follows:

1. I am a Testimony Specialist in the Food and Drug Administration's ("FDA's") Office of Regulatory Affairs, Office of Enforcement, Division of Compliance Policy.

2. I have worked for FDA since 1967, and have been in my current position since 1980. Prior to serving in my present position, I was a team leader in the Center for Drug Evaluation and Research, Division of Cardio-Renal Drug Products, Document Room. I am responsible for reviewing requests for testimony and other information from the public and requests for testimony and non-public information from other federal agencies. I am also frequently called on to help identify documents that may be responsive to testimony requests and subpoenas submitted to FDA.

3. The statements made in this declaration are based upon my personal knowledge, upon information made known to me in my official capacity, and upon information about which I have become knowledgeable.

4. I am familiar with the referenced case, which was brought by the Securities and Exchange Commission ("SEC") in 2005. I am also aware of the efforts made by FDA to provide documents and testimony to the parties in the case, including Mr. Thomas Moore ("Moore"), who is one of the remaining defendants in the case.

5. In 2003 and 2004, FDA received several formal requests from SEC for documents and testimony in connection with an SEC investigation into Biopure Corporation ("Biopure"). Pursuant to these requests, and consistent with applicable FDA regulations, FDA provided documents to SEC. FDA also permitted SEC to take depositions of three FDA employees.

6. On August 1, 2006, I was contacted by an attorney from FDA's Office of the Chief Counsel, who asked for my office's assistance in locating documents responsive to two categories of documents that were contained in a subpoena that FDA had received from Moore. The first was for "All communications between FDA and the SEC (and any notes or memoranda reflecting such communications) since July 31, 2002, relating to Biopure Corporation, Thomas A. Moore, Howard Richman, and/or Jane Kober." ("Request No. 7"). The second sought "all documents describing or concerning the policy of inter-agency cooperation between the FDA and the SEC to increase the public's protection from false and misleading statements, including communications between FDA

and the SEC." ("Request No. 8").

7. Because the Division of Compliance Policy's Office of Enforcement has the primary responsibility for authorizing or denying requests for testimony and nonpublic information, and developing and implementing agreements concerning inter-agency cooperation between FDA and other federal agencies, my office is likely to have documents responsive to Request No. 8. Similarly, to the extent the Office of Enforcement has been in direct contact with SEC, I am in a position to identify documents responsive to Request No. 8 as well.

8. In order to locate responsive documents, I contacted staff in the Office of Enforcement, including staff in the Division of Compliance Policy, in person and by email to request information on any documents they have that may be responsive to Requests Nos. 7 and 8. I also searched my own files. In response to my request and personal search, I obtained a number of responsive documents. In order to confirm that no other documents were available, I personally searched all requests submitted for testimony from FDA employees from 2002 to the present on file in the Division of Compliance Policy.

9. The Division of Compliance Policy numbered the documents that had been gathered (FDA OE 001 to FDA OE 200) and redacted them to prevent the release of privileged information, including information that is protected under the attorney-client

privilege. It is my understanding that the documents were subsequently provided to Mr. Moore by the Department of Justice on September 14, 2006.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

*Anne Smith*
Anne Smith

Executed on Oct. 2, 2006, in Rockville, MD

4