EXHIBIT G



DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the General Counsel

Office of the Chief Counsel
Food and Drug Administration
5600 Fishers Lane, GCF-1
Rockville, MD 20857

September 14, 2006

Securities and Exchange Commission
Boston District Office
6th Floor
73 Tremont Street
Boston, Massachusetts 02108

Attention: Ian D. Roffman

Dear Mr. Roffman:

Attached are an additional 581 pages (Bates Nos. FDA CBEROCIMA 0001-0563 and FDA OCC 001-018) that are responsive to your April 21, 2006 request made pursuant to 21 C.F.R. § 20.85. In that letter, you requested certain documents that the defendants in SEC v. Biopure, Civ. A. No. 05-11853-PBS (D.Mass.) seek as discovery in that case. You also sought authority to further disclose those documents to the defendants.

These documents are being disclosed to SEC subject to the limitations set forth in a letter to you dated June 28, 2006, from David K. Elder, FDA's Director of Enforcement, a copy of which is attached. These documents contain significant Biopure confidential commercial information (CCI). Consistent with Mr. Elder's letter and prior FDA document releases to your office, these documents may not be disclosed to the defendants until you obtain consent from Biopure to disclose its CCI and provide FDA with a copy of Biopure's consent.

If you have any questions, please contact me at 301-827-2802.

Sincerely,

Michael Shane
Associate Chief Counsel

Enclosures