# EXHIBIT H



**DEPARTMENT OF HEALTH & HUMAN SERVICES**   Office of the General Counsel

Office of the Chief Counsel
Food and Drug Administration
5600 Fishers Lane, GCF-1
Rockville, MD 20857

September 22, 2006

Securities and Exchange Commission
Boston District Office
33 Arch Street
Boston, Massachusetts 02110

Attention: Ian D. Roffman

Dear Mr. Roffman:

Attached are an additional 122 pages (Bates Nos. FDA CBEROCTMA 00564 - 00686 that are responsive to your April 21, 2006 request made pursuant to 21 C.F.R. § 20.85. In that letter, you requested certain documents that the defendants in SEC v. Biopure, Civ. A. No. 05-11853-PBS (D.Mass.) seek as discovery in that case. You also sought authority to further disclose those documents to the defendants.

These documents are being disclosed to SEC subject to the limitations set forth in a letter to you dated June 28, 2006, from David K. Elder, FDA's Director of Enforcement, a copy of which is attached. These documents contain significant Biopure confidential commercial information (CCI). Consistent with Mr. Elder's letter and prior FDA document releases to your office, these documents may not be disclosed to the defendants until you obtain consent from Biopure to disclose its CCI and provide FDA with a copy of Biopure's consent.

In addition, I would note that in our initial response to your April 21, 2006 request we provided you with a copy of an April 8, 2003 email that Toby Silverman sent to Robert Yetter at 3:16 PM. We redacted two paragraphs that followed immediately under the heading "For the IND" because they referred to another company's confidential commercial information. We understand that we also provided you copies of the same email in which we did not fully redact both paragraphs. That disclosure was inadvertent. We understand that you agree not to copy or distribute such copies, and we ask that you return all such copies to us.

If you have any questions, please contact me at 301-827-2802.

Sincerely,

Michael Shane
Associate Chief Counsel

Enclosures