# EXHIBIT I

PRIVILEGE LOG
DOCUMENTS PROVIDED PURSUANT TO 21 C.F.R. § 20.85 JUNE 28, 2006

Date = The date is the most recent date on an email chain.
From = All the authors.
To = All recipients in the email chain.
CC = All cc's in the email chain but did not repeat duplicates in case someone replied.

| BATES # | DATE | FROM | TO | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| SEC LIT 0001107 | 5/30/03 | Basil Golding | Howard Richman | | Correspondence concerning Biopure's response to clinical hold letter with trade secret information redacted | Trade Secret 5 U.S.C. § 552 (b)(4) |
| SEC LIT 0001128 - SEC LIT 0001161 | 7/30/03 | Basil Golding | Howard Richman | | Complete response letter to Biopure | Note: The document was released without redaction by Biopure defendants in 12/21/05 filing in SEC enforcement case |
| SEC LIT 0001355 | 10/22/02 | Toby Silverman | Abdu Alayash; Linda Smallwood; Laurence Landow; Franklin Stephenson; Basil Golding; Jay Epstein | Jay Epstein | E-mail concerning Biopure applications with reference to advice received from agency counsel | Attorney-Client |
| SEC LIT 0001359 | 10/28/02 | Abdu Alayash | Robert Yetter | | Document summarizing Biopure products, and committee members with trade secret information concerning manufacturing method redacted | Trade Secret |
| SEC LIT 0001369 | 3/11/03 | Toby Silverman | Abdu Alayash | | E-mail concerning 2003 site inspection | Provided unredacted SEC LIT 0001395 |

- 1 -

| BATES # | DATE | FROM | TO | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| SEC LIT 0001374 | 4/8/2003 | Toby Silverman | Robert Yetter | Basil Golding; Laurence Landow; Abdu Alayash; Jay Epstein; Abigail Jacobs; Richard Lewis | E-mail concerning Biopure license application and referencing third party investigational new drug application | Third party confidential commercial information |
| SEC LIT 0001429 | 3/23/03 | Susan Yu | Mahmood Farshid; Abdu Alayash | Yiping Jia; Laurie Norwood; Megan Haggerty | E-mail concerning Biopure inspection with discussion of confidential manufacturing information | Trade Secret |
| SEC LIT 0001495 | 4/8/2003 | Toby Silverman | Robert Yetter | Basil Golding; Laurence Landow; Abdu Alayash; Jay Epstein; Abigail Jacobs; Richard Lewis | E-mail concerning Biopure license application and referencing third party investigational new drug application | Third party confidential commercial information |

PRIVILEGE LOG
ADD'L DOCUMENTS (E-MAIL ATTACHMENTS)
PROVIDED PURSUANT TO 21 C.F.R. § 20.85 AUGUST 17, 2006

Date = The date is the most recent date on an email chain.
From = All the authors.
To = All recipients in the email chain.
CC = All cc's in the email chain but did not repeat duplicates in case someone replied.

| BATES # | DATE | FROM | TO | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| SEC LIT 0001703 | 7/21/03 | Basil Golding | Howard Richman | | Draft complete response letter containing reference to manufacturing steps | Trade secret |
| SEC LIT 0001736- SEC LIT 0001737 | 7/24/03 | Basil Golding | Howard Richman | | Draft complete response letter containing reference to manufacturing steps | Trade secret |
| SEC LIT 0001767 | 7/24/03 | Basil Golding | Howard Richman | | Draft complete response letter containing reference to manufacturing steps | Trade secret |
| SEC LIT 0001777- SEC LIT 0001778 | 11/12/99 | FDA | Bernadette Alford | | Inspectional Observations document containing the names of sponsor monitors | Personal privacy interest of third parties |
| SEC LIT 0001789 | 1/31/03 | FDA | Jonathan Garino | | Inspectional Observations document containing the name of contractor that conducted laboratory work | Third party confidential commercial information |
| SEC LIT 0001827 - SEC LIT 0001828; SEC LIT 0001835 | 4/30/03 | Felice D'Agnillo | Abdu Alayash; Franklin Stephenson | | Product Stability document with storage temperatures for proposed expirations | Trade secret |
| SEC LIT 0001838- SEC LIT 0001843 | 3/4/04 | Michael Luck (Biopure) | Alan Williams (CBER) | | Authorization for Limited Disclosure document containing information about third-party drug application pending with FDA | Third party confidential commercial information |

## FDA OE PRIVILEGE LOG
### DOCUMENTS PROVIDED TO MOORE SEPTEMBER 14, 2006

Date = The date is the most recent date on an email chain.
From = All the authors.
To = All recipients in the email chain.
CC = All cc's in the email chain but did not repeat duplicates in case someone replied.

| BATES # | DATE | FROM | TO | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| FDA OE 169-170 | 12/30/04 | David K. Elder; Christine Bechtel; Lana Ogram | Christine Bechtel; Lana Ogram; David K. Elder | Sharon M. Sheehan; Anne P Smith; Eileen Rhoads | Email chain discussion concerning potential insider trading incident not related to BIOPURE. Discussion includes thoughts and questions on the scope of the procedures relating to reportable incidents to SEC | Redacted information is non-responsive |
| FDA OE 172- FDA OE 174 | 01/21/04 - 01/2604 | David K Elder; Casper E. Uldriks; Coleen Klasmeier; Janet Woodcock | Coleen Klasmeier; Nancy Myers; Janet Woodcock; Deborah J Henderson; Elaine Cole; Victoria J Babb; Khyati N Roberts; Kerry Bingham; Sharon M Sheehan; Lana Ogram; Eileen Rhoads; Anne P Smith | John M Taylor; Sharon M Sheehan; Lana Ogram; Anne P Smith; Eileen M Rhoads; David K Elder | Email chain containing advice of agency counsel and a cellular phone number | Attorney-client; personal privacy information |
| FDA OE 175 - FDA OE 176 | 02/09/04 | Coleen Klasmeier; David K Elder | David K Elder | Sharon M Sheehan; Lana Ogram; Eileen Rhoads | Email chain including thoughts and advice from agency counsel | Attorney-client |
| FDA OE 177 | 02/05/04 | Coleen Klasmeier; John M Taylor; David K Elder | David K Elder; Lana Ogram; Coleen Klasmeier | John M Taylor; Daniel Troy | Email chain including thoughts and advice from agency counsel | Attorney-client |

- 1 -

| BATES # | DATE | FROM | TO | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| FDA OE 178 - FDA OE 179 | 01/20/04 | John M Taylor; Coleen Klasmeier; Mark M.D. McClellan; David K Elder | David K Elder; Coleen Klasmeier; Scott Gottlieb; Peter Pitts; Mary-Lacey Reuther; John M Taylor | Daniel Troy; Amit Sachdev; Janet Woodcock; John M Taylor; Mark M.D. McCellan | Email chain including thoughts and advice from agency counsel | Attorney-client |
| FDA OE 180 | 01/26/04 | David Elder | John Taylor; Coleen Klasmeier; Nancy Myers | Sharon Sheehan; Lana Ogram; Anne Smith; Eileen Rhoads | Email chain concerning implementation of procedures, including role of counsel's office; also includes personal cell phone number | Attorney-client; personal privacy information |
| FDA OE 181 - FDA OE 183 | 01/16/04 | Coleen Klasmeier; Elaine Cole; David K Elder | Coleen Klasmeier; Casper E Uldriks; Khatti N Roberts; Gloria J Dunnavan; John E Kvenberg; Elaine Cole; John M Taylor | Sharon M Sheehan; Lana Ogram; Anne P Smith; Eileen M Rhoads; David K Elder; Steven Masiello; Jerome Davis; Carl Draper | Email chain including discussion with agency counsel | Attorney-client |
| FDA OE 184; FDA OE 186 | 04/15/05 | David K Elder; Lana Ogram; Sharon M Sheehan; Coleen Klasmeier | Lana Ogram; David K Elder; Sharon M Sheehan | None | Email chain discussion concerning internal review of confidentiality model letter including agency counsel thoughts and advice | Attorney-client |
| FDA OE 187 | 05/20/05 | David K Elder; Lana Ogram | Lana Ogram; David K Elder | None | Email chain including thoughts on relations with a federal agency other than SEC | Non-responsive |

| Bates # | Date | From | To | Cc | Description | Privilege |
|---|---|---|---|---|---|---|
| FDA OE 188; FDA OE 185 | 02/04/04 | David K Elder; Sharon M Sheehan; Coleen Klasmeier | Lana Ogram; David K Elder; Carl Draper; Sharon M Sheehan; Coleen Klasmeier; Anne P Smith; Eileen M Rhoads | None | Email chain including thoughts and advice from agency counsel | Attorney-client |

# FDA CBER OCTMA Privilege Log
## Add'l Documents Provided Pursuant to 21 C.F.R. § 20.85 September 14, 2006 and September 22, 2006

Date = The date is the most recent date on an email chain.
From = All the authors.
To = All recipients in the email chain.
CC = All cc's in the email chain but did not repeat duplicates in case someone replied.

| Bates # | Date | To | From | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| FDACBER OCTMA00 04 to 0006 | 8/7/03 | Elaine Cole; Coleen Klasmeier; Anne P Smith | Mark Elengold; Sharon Sheehan; Lana Ogram | Eileen Rhoads | Email chain discussing SEC referral and OCC involvement. Agency counsel provides advice to clients on legal issues surrounding SEC referral | Attorney-client |
| FDACBER OCTMA00 012 to 00016 | 2/8/06 | | | | Office of the Commissioner meeting Executive Summary. Invitees: Jesse Goodman, Karen Midthun, Jap Epstein, Jonathan Goldsmith, Basil Golding, Andrew von Eschenbach, Kate Cook (FDA Associate Chief Counsel), Sheldon Bradshaw (FDA Chief Counsel), Pat Ronan, Scott Gottlieb, Dana Delman | Attorney-client; confidential commercial information of third party |
| FDACBER OCTMA00 017-00018 | 12/16/05 | | | | Handwritten internal minutes of meeting with agency counsel, including requests for legal advice | Attorney-client; third party confidential commercial information |
| FDACBER OCTMA00 019 | 12/2/05 | Basil Golding | Jay Epstein | | Internal email including advice from counsel | Attorney-client |
| FDACBER OCTMA00 020 to 00021 | 12/1/05 | Basil Golding; Gilliam Conley | Jonathon Goldsmith; Jay Epstein; Elaine Cole; Michael Druckman | Toby Silverman; Kate Cook; Jesse Goodman; Maureen Knippen; Mary Malarky | Internal email chain conveying advice from counsel | Attorney-client |
| FDACBER OCTMA00 022 to 00024 | 12/5/05 | Jay Epstein; Charles Maplethorpe; Michael Druckman | Toby Silverman; Basil Golding; Gilliam Conley; Elaine Cole | Kate Cook; Jesse Goodman; Maureen Knippen; Mary Malarky | Internal email chain with 6 attachments including and conveying communications with counsel | Attorney-client |

- 1 -

| BATES # | DATE | TO | FROM | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| FDACBER OCTMA00 026 | 8/6/03 | Scott Gottlieb; Charles Maplethorpe; Elaine Cole | Basil Golding | Richard Lewis; Coleen Klasmeier; James Cohen; Steven Masiello | Attachment to 12/5/05 email, request for records and Biopure 8/1/03 press release, including discussion of advice from agency counsel | Attorney-client |
| FDACBER OCTMA00 035 | 3/21/06 | Joanne Binkley; Michael Shane | Jay Epstein; Karen Midthun; Jesse Goodman | Susan Frantzbohn; Dennis Strickland; Mary Meyer; Mary Malarky; Beth Brockner Ryan; Basil Golding; Franklin Stephenson; Toby Silverman; Laurence Landow | Internal email from counsel | Attorney-client |
| FDACBER OCTMA 00036 | 12/8/03 | Elaine Cole | boberre@sec.gov | Anne Smith; Kate Cook; Toby Silverman; Laurence Landow; Franklin Stephenson; James Cohen; Steven Masiello; Richard Lewis | Discussion of communication with agency counsel regarding SEC request to take witness statements | Attorney-client |
| FDACBER OCTMA00 156 to 0159 | No date (5/5/03) | | | | Draft complete response letter containing technical manufacturing information | Trade secret; third-party confidential commercial information |
| FDACBER OCTMA00 178 to 00180 | 6/18/06 | Toby Silverman | Basil Golding; Laurence Landow | Jonathan Goldsmith; Jay Epstein | Internal email chain about call with WSJ reporter Tom Burton | Third party confidential commercial information; personal privacy information |
| FDACBER OCTMA00 194 to 00195 | No date | | | | Handwritten notes from a meeting discussing Biopure and SEC | Third party confidential commercial information |
| FDACBER OCTMA00 535 to 00538 | 4/03 | | | | Draft Summary Basis of Approval STN125066/0 | Trade secret |

| BATES # | DATE | TO | FROM | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| FDACBER OCTMA00568 | 9/5/02 | Mahmood Farshid | Laurie Norwood; Abdu Alayash; Franklin Stephenson | Susan Yu; John Godshalk; Yiping Jia; Felice D'Agnillo; Douglas Frazier; | Internal email chain regarding Biopure process validation | Trade secret; Third party confidential commercial information |
| FDACBER OCTMA00584 | 9/5/02 | Mahmood Farshid | Laurie Norwood; Abdu Alayash; Franklin Stephenson; | Susan Yu; John Godshalk; Yiping Jia; Felice D'Agnillo; Douglas Frazier | Internal email discussing Biopure process validation | Trade secret; Third party confidential commercial information |
| FDACBER OCTMA0586 to 0588 | 8/23/02 | Cheryl Campbell | Li-Hong Yeh; Robert Wesley; Dorothy Scott; Anita O'Connor; Laurie Norwood; Tiehua Ng; Laurence Landow; Yiping Jia; Mahmood Farshid; Felice D'Agnillo; Cheryl Campbell; Susan Yu; Kimberly Lindsey; Abdu Alayash | | Internal FDA memo in regard to the first review committee meeting on Biopure's license application, including technical specifications of product | Trade secret |
| FDACBER OCTMA00614 | 11/4/02 | Susan Yu | Franklin Stephenson; Abdu Alayash; Cheryl Campbell; Felice D'Agnillo; Mahmood Farshid; Douglas Frazier John Godshalk; Yiping Jia; Estella Jones; Hon Sum Ko; Laurence Landow; Robert Leedham; Kimberly Lindsey; Tiehua Ng; Laurie Norwood; Anita O'Connor; Dorothy Scott; Toby Silverman; Kathryn Smith; Robert Wesley; Li-Hong Yeh | John Finkbohner | Internal email about Biopure inspection, including reference to manufacturing specification | Trade secret |



| BATES # | DATE | TO | FROM | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| FDACBEROCTMA00615 | 11/4/02 | Susan Yu | Franklin Stephenson; Abdu Alayash; Cheryl Campbell; Felice D'Agnillo; Mahmood Farshid; Douglas Frazier; John Godshalk; Yiping Jia; Estella Jones; Hon Sum Ko; Laurence Landow; Robert Leedham; Kimberly Lindsey; Tiehua Ng; Laurie Norwood; Anita O'Connor; Dorothy Scott; Toby Silverman; Kathryn Smith; Robert Wesley; Li-Hong Yeh | John Finkbohner | Internal email about Biopure inspection, including reference to manufacturing specification | Trade secret |
| FDACBEROCTMA00616 | 11/4/02 | Susan Yu | Franklin Stephenson; Abdu Alayash; Cheryl Campbell; Felice D'Agnillo; Mahmood Farshid; Douglas Frazier; John Godshalk; Yiping Jia; Estella Jones; Hon Sum Ko; Laurence Landow; Robert Leedham; Kimberly Lindsey; Tiehua Ng; Laurie Norwood; Anita O'Connor; Dorothy Scott; Toby Silverman; Kathryn Smith; Robert Wesley; Li-Hong Yeh | John Finkbohner | Internal email about Biopure inspection, including reference to manufacturing specification | Trade secret |
| FDACBEROCTMA00620; FDACBEROCTMA00622 | 10/28/02 | Richard Lewis | Abdu Alayash | Mary Jacobs; Sayah Nedjar | Internal email discussing Biopure's request for an Advisory Committee Meeting | Non-responsive reference to third party |

- 4 -

| BATES # | DATE | TO | FROM | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| FDACBER OCTMA00 637 | 11/4 and 5/02 | Abdu Alayash | Philip Snoy | Basil Golding; Estella Jones; Mahmood Farshid; Dorothy Scott; Toby Silverman; Franklin Stephenson; Robert Leedham | E-mail discussing manufacturing methods | Trade secret; non-responsive reference to third parry investigational new drug application |
| FDACBER OCTMA00 646 | 12/6/02 | | | | Credential record containing personal privacy information | Personal privacy interest |
| FDACBER OCTMA00 649 | 1/8/03 | Richard Penta | Susan Yu | Megan Haggerty; Frank Maxxoni | Internal email concerning product specifications | Trade secret |
| FDACBER OCTMA00 650 | 12/10/02 | Susan Yu | Peter Baker; Michael Kravchuk | Laurie Norwood; John Godshalk; John Finkbohner; Abdu Alayash; Mahmood Farshid | Email concerning inspection reports containing manufacture of ingredient | Trade secret |