UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, )<br> )<br>Defendants. ) | MISC. No.06-00380(JR) |

ORDER

Upon consideration of the defendant Thomas Moore's Motion to Compel, the U.S. Food and Drug Administration's opposition and Moore's reply, it is this _____ day of _____, 2006

ORDERED, that said motion is denied.

 _____
 UNITED STATES DISTRICT JUDGE

Copies to:

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530

Steven J. Crimmins, Esq.
John J. Dempsey, Esq.
Bingham McCutchen LLP
1120 20th Street, NW
Suite 800
Washington, DC 20036

Robert A. Buhlman, Esq.
Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston MA 02110

Bobby Roy Burchfied, Esq.
Jason A. Levine, Esq.
McDermott Will & Emery LLP
600 13th St., N.W.
Washington, D.C. 2005

Edward P. Leibensperger, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Ian D. Roffman, Esq.
United States Securities and Exchange Commission
Boston District Office
73 Tremont Street, 6th Floor
Boston, MA 02108