UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA IN:<br><br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>BIOPURE CORPORATION, THOMAS<br>MOORE, HOWARD RICHMAN, and JANE<br>KOBER,<br><br>        Defendants. | MISC No. 1:06-00380 (JR)<br><br>(Related Case: Civ. No. 05-11853-PBS<br>Pending in the U.S. District Court<br>for the District of Massachusetts)<br><br>**Expedited Hearing Requested** |

**REPLY OF THOMAS A. MOORE TO NON-PARTY UNITED STATES FOOD AND DRUG ADMINISTRATION'S OPPOSITION TO DEFENDANT THOMAS MOORE'S MOTION TO COMPEL**

After nearly two months of delay, the U.S. Food and Drug Administration ("FDA") has filed its formal opposition to Thomas Moore's Motion to Compel, dated August 10, 2006. Notably, despite its many attestations of good faith -- and very late -- effort, the FDA fails to certify that it has in fact completed its document collection, review, and production in response to Mr. Moore's subpoena and *Touhy* request of March 24, 2006. At most, the FDA states only that it has "adequately addressed" Mr. Moore's Motion. This tepid and subjective assessment is wholly inadequate assurance that the FDA has actually satisfied Mr. Moore's discovery requests.

On October 6, the day on which Mr. Moore received the FDA's brief, his counsel reiterated to the FDA the need for certification that it has in fact completed its document discovery efforts, and counsel offered to stay the Motion to Compel pending the upcoming depositions of four FDA staffers on October 17, 19, 23, 24, and 26, respectively. *See* Letter from Heather Sidwell to Claire Whitaker, Oct. 6, 2006 (Ex. A). To date, we have received no

RECEIVED
OCT 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

response to this letter. Accordingly, we have served a subpoena upon the FDA division that was responsible for the review of Hemopure, to inquire about its document collection and production methods, among other related topics, at a deposition on October 31. *See* Ex. B. The FDA has not yet responded to the subpoena.

In view of the FDA's refusal to certify the completion of its efforts in response to Mr. Moore's subpoena and *Touhy* request of March 24, Mr. Moore requests that the Court hold in abeyance his Motion to Compel pending the upcoming deposition of FDA staffers and the intended deposition of an FDA representative regarding document discovery. Alternatively, Mr. Moore submits that the Motion should be granted, to ensure the FDA's full compliance with its obligations in this matter.

## **CONCLUSION**

For the foregoing reasons, Mr. Moore requests that the Court hold in abeyance his Motion to Compel pending the upcoming deposition of FDA staffers and the intended deposition of an FDA representative regarding document discovery. Alternatively, Mr. Moore requests that the Court grant his Motion to ensure the FDA's full compliance with its obligations in this matter.

Respectfully submitted,

/s/ Bobby Burchfield

Bobby R. Burchfield (D.C. Bar No. 289124)
Jason A. Levine (D.C. Bar No. 449053)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, NW
Washington, D.C. 20005-3096
Tel.: (202) 756-8000
Fax: (202) 756-8087
Edward P. Leibensperger
Jeffrey S. Huang
MCDERMOTT WILL & EMERY LLP
28 State Street

Boston, MA 02109-1775
Tel.: (617) 535-4000
Fax: (617) 535-3800

Date:   October 17, 2006

*Counsel for Defendant Thomas A. Moore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Reply of Thomas A. Moore to Non-Party United States Food and Drug Administration's Opposition to Defendant Moore's Motion to Compel was served by First-Class U.S. Mail, postage prepaid, on this 17th day of October, 2006, upon

> Claire Whitaker, Esq.
> Assistant United States Attorney
> Office of the United States Attorney for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, D.C. 20001
>
> Michael Shane, Esq.
> Office of Chief Counsel
> U.S. Food and Drug Administration
> 5600 Fishers Lane, Mail Code: GCF-1
> Rockville, MD 20857-0001
>
> *Counsel for United States Food and Drug Administration*

and by Federal Express, overnight delivery, upon

> Ian D. Roffman, Esq.
> U.S. Securities and Exchange Commission
> Boston District Office
> 33 Arch Street
> Boston, MA 02110
>
> *Counsel for United States Securities and Exchange Commission*

By: *Heather Sidwell*
Heather L. Sidwell