# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Heather L. Sidwell
Associate
hsidwell@mwe.com
202.756.8334

October 6, 2006

**VIA FACSIMILE**

Claire Whitaker, Esq.
Assistant United States Attorney
United States Department of Justice
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530

Re:   *SEC v. Biopure*, No. 05-11853-PBS (D. Mass.), No. 1:06MS00380 (D.D.C.)
      **Certification of FDA Document Production Completion**

Dear Ms. Whitaker:

I am writing in regard to our request that the FDA provide certification that its document production obligations in the above-mentioned matter have been completed. As you will recall, in our letter to you dated September 15, 2006, we specifically requested that the FDA certify in writing the completion of its document collection efforts and document production. Despite this request, we have received no such certification, nor does the FDA's Opposition to Defendant Thomas Moore's Motion to Compel ("Opposition"), filed on October 3, 2006, provide such certification. Rather, the FDA's Opposition makes a nebulous claim that it has "adequately addressed" the issues raised in Mr. Moore's motion. Even so, we are prepared to stay Mr. Moore's motion to compel at this time. Please note, however, that we do reserve all rights – including seeking a reconvening of depositions and attorneys' fees – if the upcoming depositions of the four FDA witnesses disclose a failure by the FDA to produce all responsive documents.

Sincerely yours,

Heather L. Sidwell

cc:   Michael Shane, Esq.
      Ian Roffman, Esq.

U.S. practice conducted through McDermott Will & Emery LLP.
600 Thirteenth Street, N.W. Washington, D.C. 20005-3096   Telephone: 202.756.8000   Facsimile: 202.756.8087   www.mwe.com