UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants. | Misc. No. 1:06-00380 (JR)<br><br>(Related Case: Civ. No. 05-11853-PBS Pending in the U.S. District Court for the District of Massachusetts) |

## DEFENDANT THOMAS A. MOORE'S EMERGENCY REQUEST FOR HEARING ON MOTION TO COMPEL

Despite its documented history of delay in responding to Mr. Moore's March 24, 2006 *Touhy* Request, the U.S. Food and Drug Administration ("FDA") contended on October 3, 2006 that it had "adequately addressed" all of the issues and matters raised in Mr. Moore's August 10, 2006 Motion to Compel. See Exhibit A, p. 7 (FDA's Opposition to Defendant's Motion to Compel). Mr. Moore's Reply noted that FDA's "tepid and subjective assessment is wholly inadequate assurance that the FDA has actually satisfied Mr. Moore's discovery requests." See Exhibit B, p. 1 (Defendant's Reply to FDA's Opposition). Regardless, Mr. Moore's counsel subsequently proceeded in good faith to schedule and take the depositions of critical FDA staffers.

On Sunday, October 22, 2006, the Securities and Exchange Commission informed Mr. Moore's counsel that FDA would be producing additional, newly discovered responsive documents – despite the fact that Mr. Moore's counsel was to depose Franklin Stephenson of FDA the following morning on Monday, October 23, 2006 (and had already deposed Dr.

Laurence Landow). Indeed, more than halfway through Stephenson's deposition, FDA indicated that these additional documents were still forthcoming. FDA's previous and persistent delay results in continued prejudice to Mr. Moore, and it is now apparent that FDA's contentions are no assurance at all.

In view of FDA's continuing failure to fulfill its discovery obligations in responding to Mr. Moore's *Touhy* Request and parallel subpoenas, FDA is now attempting to persuade the parties that they should delay the discovery deadline in this case. Such a delay would have significant repercussions on the timing and filing of summary judgment motions, the pre-trial conference, and ultimately, the trial itself. Mr. Moore therefore seeks an emergency hearing on his August 10, 2006 Motion to Compel (attached as Exhibit C).

          Respectfully submitted,

          /s/ Bobby R. Burchfield

          Bobby R. Burchfield
          Jason A. Levine
          MCDERMOTT WILL & EMERY LLP
          600 Thirteenth Street, NW
          Washington, D.C. 20005-3096
          Tel.: (202) 756-8000

          Edward P. Leibensperger
          Jeffrey S. Huang
          MCDERMOTT WILL & EMERY LLP
          28 State Street
          Boston, MA 02109-1775
          Tel.: (617) 535-4000

Date: October 23, 2006          *Counsel for Defendant Thomas A. Moore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Emergency Request for Hearing on Motion to Compel was served by first-class mail, postage pre-paid, on this 23rd day of October, 2006 upon:

>Claire Whitaker, Esq.
>Assistant United States Attorney
>Office of the U.S. Attorney for the District of Columbia

>Michael Shane, Esq.
>Office of Chief Counsel
>U.S. Food and Drug Administration
>5600 Fishers Lane, Mail Code: GCF-1
>Rockville, MD 20857-0001

>*Counsel for United States Food and Drug Administration*

and by Federal Express, overnight delivery, upon:

>Ian D. Roffman, Esq.
>U.S. Securities and Exchange Commission
>Boston District Office
>33 Arch Street
>Boston, MA 02110

>*Counsel for United States Securities and Exchange Commission*

By: _____/s/ Jeffrey S. Huang_____
Jeffrey S. Huang