UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**            ) <br> ) <br> **Plaintiff,**            ) <br> ) <br> v.            ) <br> ) <br> **BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,**            ) <br> ) <br> **Defendants.**            ) <br> ) | Misc. No. 1:06-00380(JR) |

ORDER

Upon consideration of the motion to quash filed by nonparty U.S. Food and Drug Administration, the opposition and reply, and it appearing that the agency has not completed its review pursuant to 21 C.F.R. § 20.1, it is this _____ day of _____, 2006

ORDERED, that Defendant Thomas Moore's subpoenas for deposition testimony issued on October 10, and 20, 2006, are hereby quashed.

_____
UNITED STATES DISTRICT JUDGE