UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENA IN:                              :
_____ :
SECURITIES AND EXCHANGE COMMISSION, :
                                                :      **APPEARANCE**
              Plaintiff,                        :
       v.                                       :      No. 1:06-mc-00380-JR
                                                :
BIOPURE CORPORATION,                            :
THOMAS MOORE, HOWARD RICHMAN,                   :
and JANE KOBER                                  :
                                                :
              Defendants.                       :
_____ :

**APPEARANCE OF COUNSEL FOR**
**SECURITIES AND EXCHANGE COMMISSION**

To the Clerk of this court and all parties of record:

Please enter the appearances of IAN D. ROFFMAN and R. DANIEL O'CONNOR as counsel in this case for the Securities and Exchange Commission.

| | |
|---|---|
| October 27, 2006 | /s/ Ian D. Roffman |
| Date | Ian D. Roffman (Mass. Bar No. 637564) |
| | R. Daniel O'Connor (Mass. Bar. No. 634207) |
| | ATTORNEY FOR PLAINTIFF |
| Mass. Bar No. 637564 (Roffman) | SECURITIES AND EXCHANGE COMMISSION |
| Mass. Bar No. 634207 (O'Connor) | 33 Arch Street |
| Bar Identifications | Boston, Massachusetts 02110-1424 |
| | (617) 573-8987 (Roffman) |

*Electronically Served by ECF*